**BOIES SCHILLER FLEXNER LLP**
LINDA M. BURROW, State Bar No. 194668
*lburrow@bsfllp.com*
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

DONNA CORBELLO,

Plaintiff,

v.

FRANKIE VALLI; ROBERT J. GAUDIO; MARSHALL BRICKMAN; ERIC S. ELICE; GRAHAM KING; CLINT EASTWOOD; ROBERT LORENZ; GETTING HOME, INC.; HEDGEHOG, INC.; GK FILMS, LLC; WAGW, INC.; WARNER BROS. ENTERTAINMENT INC.; WARNER BROS. PICTURES, INC.; WB STUDIO ENTERPRISES, INC.; WARNER BROS. PICTURES INTERNATIONAL; WARNER BROS. DISTRIBUTING, INC.; WARNER HOME VIDEO, INC.; RATPAC ENTERTAINMENT, LLC; RATPAC-DUNE ENTERTAINMENT, LLC; RATPAC ACCESS ENTERTAINMENT, LLC; and MALPASO PRODUCTIONS, LTD.,

Defendants.

Case No. 2:17-CV-04588 RGK (PLAx)

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

**[Proposed] Order Lodged Concurrently Herewith]**

The Honorable R. Gary Klausner

Complaint Served on First-Served Defendants: July 17, 2017

Current Response Date for First-Served Defendants: August 7, 2017

Current Response Date for Last-Served Defendants: August 25, 2017

Proposed Response Date for all Defendants: August 25, 2017

Trial Date: None Set

BOIES SCHILLER FLEXNER LLP

Pursuant to Rule 15(a)(3) of the Federal Rules of Civil Procedure, and Central District Local Rule 7-1, Plaintiff Donna Corbello ("Plaintiff") and Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Graham King, Clint Eastwood, Robert Lorenz, Getting Home, Inc., Hedgehog, Inc., GK Films, LLC, WAGW, Inc., Warner Bros. Entertainment Inc., Warner Bros. Pictures Inc., WB Studio Enterprises Inc., Warner Bros. Pictures International, Warner Bros. Distribution Inc., Warner Home Video Inc., RatPac Entertainment, LLC, RatPac-Dune Entertainment, LLC, RatPac Access Entertainment, LLC and Malpaso Productions, Ltd. (collectively, "Defendants"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed her initial Complaint on June 21, 2017, but did not serve the Complaint on any Defendant (*see* Dkt. No. 1)

WHEREAS, Plaintiff filed her First Amended Complaint ("FAC") on July 10, 2017 (*see* Dkt. No. 17);

WHEREAS, Plaintiff served certain of the Defendants on July 17, 2017, making Defendants' response due on August 7, 2017 (*see* Dkt. Nos. 23-27);

WHEREAS, Plaintiff served the remaining Defendants on various dates, with the last five Defendants served on counsel for Defendants on August 4, 2017, making Defendants' response due on August 25, 2017 (*see* Dkt. Nos. 42-46);

WHEREAS, the Defendants have shared defenses, and it would thus be in the interest of the parties and judicial economy for all Defendants to have the same response date;

WHEREAS, the relief requested herein would not result in any delay, but would make the response on behalf of all Defendants due on the date already set for the last-served Defendants; and

WHEREAS, the Parties have not previously sought a continuance in this matter;

NOW THEREFORE, and based upon the above recitals, it is hereby agreed and stipulated by the Parties hereto as follows:

Defendants shall have until August 25, 2016 to answer or otherwise respond to the FAC.

DATED: August 7, 2017

GREGORY H. GUILLOT, P.C.
DONIGER | BURROUGHS APC

By *\/s/ with email authorization*
GREGORY H. GUILLOT
Attorneys for Plaintiff

DATED: August 7, 2017

BOIES SCHILLER FLEXNER LLP
LINDA M. BURROW

By */s/*
LINDA M. BURROW
Attorneys for Defendants