Gregory H. Guillot (Texas SBN 24044312)
*Admitted Pro Hac Vice*
gregory@guillot-law.com
GREGORY H. GUILLOT, P.C.
13727 Noel Road, Suite 200
Dallas, TX 75240
Telephone: (972) 774-4560
Facsimile: (972) 301-2110

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Facsimile: (310) 517-3538

*Attorneys for Plaintiff*

Linda M. Burrow (SBN 194668)
lburrow@bsfllp.com
Julia J. Bredrup (SBN 275536)
jbredrup@bsfllp.com
BODIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, California 90017-5524
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNA CORBELLO,<br><br>Plaintiff,<br><br>v.<br><br>FRANKIE VALLI, *et al.*,<br><br>Defendants. | Case No.: 2:17-cv-4588 RGK (PLAx)<br><br>The Hon. R. Gary Klausner<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Donna Corbello, and Defendants Frankie Valli, Robert J. Gaudio, Marshall Brickman, Eric S. Elice, Graham King, Clint Eastwood, Robert Lorenz, Getting Home, Inc., Hedgehog, Inc., GK Films, LLC, WAGW, Inc., Warner Bros. Entertainment, Inc., Warner Bros. Pictures, Inc., WB Studio Enterprises, Inc., Warner Bros. Pictures International, Warner Bros. Distributing, Inc., Warner Home Video, Inc., RatPac Entertainment, LLC, RatPac-Dune Entertainment, LLC, RatPac Access Entertainment, LLC, and Malpaso Productions, Ltd., by their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action is dismissed, without prejudice, with each party bearing its own fees and costs.

**IT IS SO STIPULATED:**

Dated: January 17, 2018

GREGORY H. GUILLOT, P.C.
DONIGER | BURROUGHS APC

By: */s/Gregory H. Guillot*
Gregory H. Guillot
Stephen M. Doniger
Scott Alan Burroughs

*Attorneys for Plaintiff*

Dated: January 17, 2018

BOIES SCHILLER FLEXNER LLP

By: */s/Linda M. Burrow*
Linda M. Burrow

*Attorneys for Defendants*

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the content thereof, and have authorized the filing.