AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>CV17-4588-RGK | DATE FILED<br>6/20/2017 | United States District Court - Central District<br>312 N. Spring Street<br>Los Angeles, California 90012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Donna Corbello | Frankie Valli, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 TXu 454 118 | Tommy DeVito -- Then and Now | Thomas G. DeVito |
| 2 Txu1 372 636 | Tommy DeVito - Then and Now [Supp to Txu 454118] | Rex Woodard; Thomas G. DeVito |
| 3 PA 1900119 | Jersey Boys | Warner Bros. Pictures, Inc. |
| 4 PAu 3713535 | Jersey Boys | WAGW, Inc. |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | January 17, 2018 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kiry K, Gray | /s/Brent Pacillas | January 19, 2018 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy